UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH, INC., )
501 School Street, S.W., Suite 500 )
Washington, DC  20024, )
 )
      Plaintiff, )
 )
v. )   Civil Action No.:  1:08-CV-01748
 )   ECF
U.S. DEPARTMENT OF DEFENSE, )
Office of Freedom of Information )
1155 Defense Pentagon )
Washington, DC  20301-1155, )
 )
      Defendant. )
 )

## ANSWER TO PLAINTIFF'S COMPLAINT

Defendant U.S. Department of Defense ("DOD") answers the complaint as follows:

### AFFIRMATIVE DEFENSES

1. Plaintiff fails to state a claim upon which relief can be granted.

2. Plaintiff has failed to exhaust its administrative remedies.

### RESPONSE TO COMPLAINT

Answering the specific allegations of the complaint, defendant admits, denies, or otherwise avers as follows:

1. Admit.

2. Admit.

### PARTIES

3. Defendant is without sufficient knowledge to admit or deny.

1

4. Defendant is an agency of the United States Government. Deny remainder of statement.

## STATEMENT OF FACTS

5. Admit.

6. Admit.

7. Admit. Plaintiff was advised that "according to Department of Defense (DoD) Regulation 5400.7-R, in order to qualify for expedited processing, you (Plaintiff) must demonstrate a 'compelling need' for the information, i.e., threat to life or safety, loss of due process rights, humanitarian need, or dissemination of information to the to the public of an actual or alleged government activity" and that "expedited processing may be granted when the requester demonstrates a compelling need for the information and shows that the information has a particular value that would be lost if not processed on an expedited basis." Plaintiff has failed to demonstrate "that the subject of his request is a breaking news story, nor…shown how the information will lose its value if not processed on an expedited basis." For these reasons, Plaintiff's request for expedited processing was denied. Further, Plaintiff was advised that "decisions to waive or reduce fees are made on a case-by-case basis" and that "[a] fee waiver is appropriate when 'disclosure of the requested information is in the public interest because it is likely to contribute significantly to public understanding of the operations and activities of the government and is not primarily in the commercial interest of the requester,' 5 U.S.C. § 552(a)(4)(iii)." Also, Plaintiff was advised that "a decision on a fee waiver can only be made after a search for responsive documents is conducted and the volume and nature of the records is determined, and we

(Defendant) will render a decision after the results of the search we have initiated are known."

8. Admit.

9. Admit.

10. Deny.

11. Defendant re-submits answers to paragraphs 1 through 10 as if fully stated herein.

12. Deny.

13. Deny. On October 15, 2008, Plaintiff was advised by Defendant of the availability of the Federal Voting Assistance Program ("FVAP") Websites in which information responsive to the items contained in the FOIA request could be accessed. By November 14, 2008, the Freedom of Information Division ("FOID") had no record of any response from Plaintiff.

(Defendant) will render a decision after the results of the search we have initiated are known."

8. Admit.

9. Admit.

10. Deny.

11. Defendant re-submits answers to paragraphs 1 through 10 as if fully stated herein.

12. Deny.

13. Deny. On October 15, 2008, Plaintiff was advised by Defendant of the availability of the Federal Voting Assistance Program ("FVAP") Websites in which information responsive to the items contained in the FOIA request could be accessed. By November 14, 2008, the Freedom of Information Division ("FOID") had no record of any response from Plaintiff.

Dated: July 2, 2009.                    Respectfully Submitted,

_____
CHANNING D. PHILLIPS, D.C. BAR # 415793
Acting United States Attorney

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

_____
MERCEDEH MOMENI
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 305-4851

*Of Counsel*:
David Hoard, Esq.
U.S. Department of Defense

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July 2009, I caused the foregoing Answer to be served on Plaintiff's counsel via the Court's Electronic Case Filing System.

/s/   Mercedeh Momeni
MERCEDEH MOMENI
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
(202) 305-4851
(202) 514-8780 (facsimile)

## Momeni, Mercedeh (USADC)

| | |
|---|---|
| From: | Momeni, Mercedeh (USADC) |
| Sent: | Monday, June 29, 2009 6:49 PM |
| To: | Jason Aldrich |
| Cc: | 'Hoard, David E CIV DHRA'; 'Paul Orfanedes' |
| Subject: | RE: Judicial Watch v. DOD, Civ. Action 08-1748 (please respond by noon on 6/30) |

Dear Jason,

Thank you for your email of June 24, 2009. We respond as follows:

REQUEST 1 (Para. 1, pg. 2 of complaint)
Again, the requested documents/information regarding the individual Services are public information and are available through DOD's website, www.fvap.gov. This information may be located by following the links available on the FVAP website, as previously mentioned. Although we are not obligated to walk FOIA requesters through the various Services' websites, in order to further assist Judicial Watch in navigating the internet to locate the specific information, the following additional guidance is provided:

Office of the Secretary of Defense/FVAP

Links to directives and Voting Action Plan http://fvap.gov/vao/guidance.html Links to information for Voting Assistance Officers http://fvap.gov/vao/index.html

Army

Link to the Army's voting website https://www.hrc.army.mil/site/Active/TAGD/pssd/psb/votingindex.htm
Link to Army Voting Assistance policies including Army Voting Action Plan and Implementing Instructions https://www.hrc.army.mil/site/Active/TAGD/pssd/psb/Voting/New_Voting_Page/Voting_Assistance_Policies.htm

Navy

Link to Navy's voting website
https://www.cnic.navy.mil/cnic_hq_site/BaseSupport/CommandStaff/NavyVotingProgram/index.htm
Link to absentee voting guidance
https://www.cnic.navy.mil/cnic_hq_site/BaseSupport/CommandStaff/NavyVotingProgram/ssLINK/CNIC_001073
Link to Navy Voting Assistance Program (NVAP), OPNAVINST 1742.1B http://neds.daps.dla.mil

Marine Corps

Link to Marine Corps voting website
https://www.manpower.usmc.mil/portal/page?_pageid=278,1938311&_dad=portal&_schema=PORTAL
Link to Marine Corps Order 1742.1A
https://www.manpower.usmc.mil/pls/portal/url/ITEM/1579EB89E5A2BD2BE0409C8A414572A0
Link to Marine Corps Voting Action Plan
https://www.manpower.usmc.mil/pls/portal/url/ITEM/134D3CCA19CD6735E0409C8A40452262

1


GOVERNMENT EXHIBIT

Air Force

Link to Air Force voting website http://www.afpc.randolph.af.mil/library/airforcevoting/index.asp
Link to Air Force Instruction 36-3107 http://www.e-publishing.af.mil/shared/media/epubs/afi36-3107.pdf
Link to Air Force Voting Plan http://www.afpc.randolph.af.mil/shared/media/document/AFD-081119-050.pdf

REQUEST NUMBER 3
Judicial Watch seems to misunderstand the DOD program in question. First, while DoD does distribute the Federal Post Card Application (FPCA, SF-76) which is an application for voter registration and a request for an absentee ballot, the FPCA is not an absentee ballot. I am advised that the DoD does provide an emergency absentee ballot, the Federal Write-In Absentee Ballot (FWAB, SF-186) which is used by UOCAVA voters when they have not received their properly requested state-issued absentee ballot for the general election. The FWAB is pre-positioned and made available to individuals upon their request. Second, contrary to your assertions below, DoD indeed plays no role in the collection and distribution of completed ballots to the appropriate election office -- the voted ballots are handled by postal systems, foreign and U.S. Postal Service and the Military Postal Service Agency (for deployed APO/FPO serviced individuals).

REQUEST NUMBER 5
Armed Forces Voter's Week (AFVW) is conducted by the Services in accordance with the DoD Voting Action Plan and the individual Services' Voting Action Plans. DoD Directive 1000.04 provides guidance for the timing of the scheduling of Armed Forces Voters Week in even-numbered years. The specific dates for AFVW is determined by the DoD Voting Action Plan.

REQUEST NUMBER 6
I was advised today that potentially responsive documents pertaining to periodic briefings conducted to inform the Under Secretary of Defense regarding the progress in implementing the Federal Voting Assistance Program within the Department of Defense are available but may be subject to FOIA exemptions. These documents consist of slides of briefings/meetings between the Under Secretary and the Services' Senior Voting Representatives, during the relevant time period. We will require a short time to review them and provide you with more specific information.

In sum, it is our position that all documents Judicial Watch has sought, with possibly the exception of a small portion of Request Number 6, have long been publicly available, and Judicial Watch was advised of the public nature of documents as early as October 2008. Accordingly, we suggest filing a joint status report with the Court by Thursday, July 1, 2009, to inform Judge Friedman of our efforts to resolve this matter amicably and to ask for a bit more time to complete the process. If our response above and what will be forthcoming shortly regarding Request Number 6 is not satisfactory, we propose asking the Court to enter a briefing schedule.

Please let me know what you think at your earliest? If we do not hear back from Judicial Watch by noon tomorrow, I will file a status report on behalf of Defendant by c.o.b.

Merce
-----Original Message-----
From: Jason Aldrich [mailto:JAldrich@JudicialWatch.Org]
Sent: Wednesday, June 24, 2009 6:53 PM
To: Momeni, Mercedeh (USADC)
Subject: RE: Judicial Watch v. DOD, Civ. Action 08-1748

Dear Mercedeh,

After reviewing Defendant's document production in this case, it is Judicial Watch's position that the case cannot be dismissed at this time. The list of links you provided us, while partially responsive, is inadequate and incomplete in several respects.

For example, part 1 of Judicial Watch's request seeks "all documents concerning or relating to the Department's procedure of providing members of the Armed Forces with Federal Post Card Applications." The only document provided in response to this request is DOD Directive Number 1000.04, which merely states that DOD must develop a system to ensure the applications are delivered. DOD has produced no documents related to the development, implementation, and actual operation of that system.

DOD claims that it has no documents responsive to part 3 of Judicial Watch's request, but this is impossible. While local officials may count the ballots once they receive them, DOD must play some role in collecting the ballots since Directive 1000.04 clearly states that DOD is responsible for distributing many of the ballots in the first place. It is simply inconceivable that DOD plays no role whatsoever in ensuring that the ballots of members of the armed services are delivered to local election officials in the United States.

With respect to part 5 of Judicial Watch's request, again, Directive 1000.04 simply states that Armed Forces Voter Week must take place in August or September of each even numbered year. No documents, other than a few sentences on the FVAP website, are provided detailing how these Voter Weeks are to be implemented, or how they were implemented for the 2008 election cycle.

In light of the following, Judicial Watch's position is that Defendant must file a formal answer in this case as soon as possible. This is reasonable, given that, at the moment, Defendant is in default in this case. Once Defendant has answered, we can try to develop a schedule for additional searches and document production. This schedule should be presented to the Court, and we will request the Court issue an order implementing the search and production schedule.

I hope we can discuss this case further either later this week or early next week.

Jason


-----Original Message-----
From: Momeni, Mercedeh (USADC) [mailto:Mercedeh.Momeni@usdoj.gov]
Sent: Wednesday, June 24, 2009 3:19 PM
To: Momeni, Mercedeh (USADC); Jason Aldrich; Paul Orfanedes
Cc: Hoard, David E CIV DHRA
Subject: RE: Judicial Watch v. DOD, Civ. Action 08-1748

3

Jason:

Thanks for taking my call this morning. I am still standing by to hear from you, however. Could we talk before 4 please? I will be in a meeting from 4-5:30 and back at my desk thereafter.

Merce

-----Original Message-----
From: Momeni, Mercedeh (USADC)
Sent: Monday, June 22, 2009 4:51 PM
To: Jason Aldrich; 'Paul Orfanedes'
Cc: Hoard, David E CIV DHRA
Subject: RE: Judicial Watch v. DOD, Civ. Action 08-1748

Hello Gents,

I did not hear from you folks today. Could we please set up a time to discuss this matter tomorrow? Say 11:30? I can initiate the call.

Thanks.
Merce

-----Original Message-----
From: Jason Aldrich [mailto:JAldrich@JudicialWatch.Org]
Sent: Friday, June 19, 2009 11:00 AM
To: Momeni, Mercedeh (USADC)
Subject: RE: Judicial Watch v. DOD, Civ. Action 08-1748

Mercedeh,

I need to discuss this with matter again with Paul, who has been out of the office for the past 2 weeks. He will return on Monday.

For now I will simply say that regardless of whether or not the documents placed on line by DOD constitute a complete response to Plaintiff's request, that still does not explain why DOD has never acknowledged service of the summons and complaint. (Judicial Watch filed proof of service with the Court on March 26, 2009.) Nor does it explain why DOD has never filed an answer with the Court.

It will be helpful if you can explain to us next week what position DOD is now taking on the matter of service in this case.

Jason

-----Original Message-----
From: Momeni, Mercedeh (USADC) [mailto:Mercedeh.Momeni@usdoj.gov]
Sent: Monday, June 08, 2009 1:39 PM
To: Jason Aldrich
Cc: Paul Orfanedes
Subject: FW: Judicial Watch v. DOD, Civ. Action 08-1748

4

Jason:

On November 11, 2008, you and I discussed the above-referenced matter via telephone. I advised you that DOD had long ago provided Judicial Watch with the information plaintiff had sought by notifying Judicial Watch staff of its whereabouts on line. I even provided the name of the person at Judicial Watch to whom this info had been supplied. You stated that your office was not notified that the info was available on line. You then offered to withdraw the pending complaint in USDC if we again forwarded you the links to the website(s) where the info was available and the documents satisfied the FOIA request. Via the email below, I responded on the same day, in the afternoon.

Since then (over the past seven months), I have contacted Judicial Watch about a half dozen times, via emails and telephone conversations with you and Paul, to follow up on your promise of withdrawal. To date I have not had any response, whatsoever. At this point, it would seem that the basic courtesy of a response is warranted.

I am willing to draft a notice of withdrawal for your signature. Just let me know.

Regards,

Merce

-----Original Message-----
From: Momeni, Mercedeh (USADC)
Sent: Tuesday, November 18, 2008 12:50 PM
To: jaldrich@judicialwatch.org
Subject: FW: Judicial Watch v. DOD- FOIA Litigation - What's up?

Dear Jason:

Per our telephone conversation earlier this hour, attached is a listing of the websites where the requested documents may be found. Please contact me at your earliest to let me know how to proceed?

Regards,

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office
 for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain

5

## Momeni, Mercedeh (USADC)

| | |
|---|---|
| **From:** | Momeni, Mercedeh (USADC) |
| **Sent:** | Tuesday, June 30, 2009 1:23 PM |
| **To:** | 'Jason Aldrich' |
| **Cc:** | 'Paul Orfanedes'; 'Hoard, David E CIV DHRA' |
| **Subject:** | FW: Judicial Watch v. DOD, Civ. Action 08-1748 - request no. 6 |
| **Attachments:** | 01-18-08 REVISED DepSecDef Briefing.pdf; 01-30-08 EAC - NIST.pdf; 04-02-08 SSVR and MRA Meeting.pdf; 04-04-08 OVF UOCAVA.pdf; 04-28-08 DepSecDef Brief.pdf; 08-18-08 DCSPERs AFVW.pdf; 09-18-08 DepSecDef Brief.pdf; 11-07-08 SSVR Meeting.pdf |

Dear Jason:

Per our telephone discussion earlier today, attached please find slides of briefings/meetings between the Under Secretary and the Services' Senior Voting Representatives, forwarded to you without redactions. I hope that Judicial Watch will now withdraw its pending complaint?

Regards,

Mercedeh Momeni
Assistant United States Attorney
United States Attorney's Office
  for the District of Columbia/Civil Division
555 Fourth St., NW
Washington, DC 20530
ph: 202-305-4851
fax: 202-514-8780

CONFIDENTIALITY STATEMENT: This electronic communication may contain information that is confidential and/or attorney-client privileged. If you are not an intended recipient, interception, copying, disclosure or use of confidential communications may be illegal. If you received this message in error, please notify me by reply e-mail and delete this message. Thank you.

1

