UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.: 08-1748 (PLF) |
| U.S. DEPARTMENT OF DEFENSE, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION OF DISMISSAL OF ACTION

Plaintiff, Judicial Watch, Inc., and Defendant, U.S. Department of Defense ("DOD"), by and through their respective counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to dismissal with prejudice of this action against DOD brought under the Freedom of Information Act, 5 U.S.C. § 552.  Each of the Parties shall bear their own fees and costs.

Respectfully submitted,

/s/
CHANNING D. PHILLIPS D.C. BAR # 415793
Acting United States Attorney

/s/
JASON B. ALDRICH, ESQ.
PAUL J. ORFANEDES, ESQ.
501 School Street, S.W. Suite 700
Washington, D.C.  20024
(202) 646-5172

/s/
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney

Counsel for Plaintiff, JUDICIAL WATCH, INC.

/s/
JUDITH A. KIDWELL
Assistant United States Attorney
555 Fourth Street, N.W.- Civil Division
Room E4212
Washington, D.C. 20530
(202) 514-7250

Counsel for Defendant, U.S. Department of Defense